In the Matter of JOHN E. FRIEDMAN, Appellant, *v.* YEUNG O. GUM, Respondent.

RINGLING BROS. BARNUM AND BAILEY COMBINED SHOWS, INC., Respondent.

(Submitted April 13, 1936; decided April 21, 1936.)

*Irving M. Radin* for motion.
*William J. Rapp* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant perfects the appeal within ten days and pays ten dollars costs, in which event the motion is denied.